## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | DREAM, Inc. | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | OIC Dreams Greene County IV Inc<br>Frontier Bingo | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 2 – 3 0 8 5 8 5 8 | |
| 4. Debtor's address | **Principal place of business**<br><br>30750 US-11<br>Number    Street<br>Knoxville, AL 35469<br>City              State    ZIP Code<br><br>Greene<br>County | **Mailing address, if different from principal place of business**<br><br>P. O. Box 5540<br>Number    Street<br>Birmingham, AL 35022<br>City              State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br>_____<br>City              State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor  **DREAM, Inc.**            Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes. District _____ When ____/____/____ Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.
       District _____ When ____/____/____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ____/____/____
                                        MM / DD / YYYY

List all cases. If more than 1, attach a separate list.
       Case number, if known _____

Debtor  **DREAM, Inc.**   Case number *(if known)* _____
　　　　Name

**11. Why is the case filed in *this* district?**

　Check all that apply:

　☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

　☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

　☑ No
　☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　　Why does the property need immediate attention? *(Check all that apply.)*

　　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　　　What is the hazard? _____

　　　☐ It needs to be physically secured or protected from the weather.
　　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
　　　☐ Other _____

　　　Where is the property? _____
　　　　　　　　　　　　　　Number　　Street

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　City　　　　　　　　　　　State　ZIP Code

　　　Is the property insured?
　　　☐ No
　　　☐ Yes.　Insurance agency _____
　　　　　　　Contact name　　_____
　　　　　　　Phone　　　　　　_____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

　Check one:
　☐ Funds will be available for distribution to unsecured creditors.
　☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

　☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000
　☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　☐ More than 100,000

**15. Estimated assets**

　☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion
　☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　 ☐ $1,000,000,001-$10 billion
　☑ $100,001-$500,000　　 ☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion
　☐ $500,001-$1 million　 ☐ $100,000,001-$500 million ☐ More than $50 billion

Debtor  DREAM, Inc.
         Name                                                                        Case number (if known) _____

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/04/2025
             MM/ DD/ YYYY

X _____          J. P. Henderson
Signature of authorized representative of debtor    Printed name

Title   Executive Director

18. Signature of attorney

X _____          Date  01/04/2025
Signature of attorney for debtor                   MM/ DD/ YYYY

Harry P Long
Printed name

The Law Offices of Harry P. Long, LLC
Firm name

914 Noble Street Suite 1A
Number       Street

Anniston                                  AL        36201
City                                      State     ZIP Code

(256) 237-3266                            hlonglegal8@gmail.com
Contact phone                             Email address

ASB-0546-N77H                             AL
Bar number                                State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DREAM, Inc. |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | State of Alabama<br>Dept. of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132 | | Sales Taxes | Contingent<br>Disputed<br>Unliquidated | | | $45,725,331.89 |
| 2 | Greene County Sheriff Dept<br>P. O. Box 109<br>Eutaw, AL 35462 | | Trade Debt | | | | $115,000.00 |
| 3 | Greene County Sheriff Dept<br>P. O. Box 109<br>Eutaw, AL 35462 | | Trade Debt | | | | $75,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | DREAM, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

IN RE:
DREAM, Inc.

CHAPTER 11

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Executive Director** _____ of the _____ **Public Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 01/04/2025          Signature: _____
                          J. P. Henderson, Executive Director

**Belle Mere Properties**
P. O. Box 21134
Tuscaloosa, AL 35402

**Greene County Sheriff Dept**
P. O. Box 109
Eutaw, AL 35462

**Loomis Armored US, LLC**
517 35th Street N
Birmingham, AL 35222

**State of Alabama**
Dept. of Revenue
50 North Ripley Street
Montgomery, AL 36132

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

RERC DREAM, Inc.

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 01/04/2025   Signature /s/ J. P. Henderson
J. P. Henderson, Executive Director